**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HANJIN SHIPPING CO,

        Plaintiff(s),

    v.

CENTRAL BIO-ENERGY, ET AL.,

        Defendant(s).

_____/

Case No.  C10-1344 JCS

**ORDER GRANTING PLAINTIFF'S
REQUEST FOR CONTINUANCE OF
CASE MANAGEMENT CONFERENCE**

      On July 13, 2010, Plaintiff filed a Case Management Statement and requested a continuance of the July 16, 2010, Case Management Conference.

      IT IS HEREBY ORDERED that the Case Management Conference shall be continued to **September 17, 2010, at 1:30 p.m.**  Plaintiff shall file their Motions for Default Judgment within thirty (30) days.

      IT IS SO ORDERED.

Dated:  July 14, 2010

_____
JOSEPH C. SPERO
United States Magistrate Judge