**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HANJIN SHIPPING CO,                                Case No.  C10-01344 JCS

        Plaintiff(s),

    v.

**ORDER POSTPONING CASE
MANAGEMENT CONFERENCE**

CENTRAL BIO-ENERGY, ET AL.,

        Defendant(s).

_____/

On September 13, 2010, Plaintiff filed a Case Management Statement requesting a postponement of the September 17, 2010, Case Management Conference.

IT IS HEREBY ORDERED that the September 17, 2010 case management conference is taken off calendar.  Plaintiff shall file Motions for Default Judgments within ninety (90) days.

IT IS SO ORDERED.

Dated:  September 17, 2010

_____
JOSEPH C. SPERO
United States Magistrate Judge